United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAYNOR ESTUARDO VELASQUEZ SEQUEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-901 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Petitioner Maynor Estuardo Velasquez Sequen filed this habeas action while detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. Proceeding pro se, Petitioner contests Respondents' ability to detain him without a bond hearing.

The Court construes the petition to allege causes of action based on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on the Due Process Clause of the Fifth Amendment. Controlling decisions preclude these claims. *See Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) (addressing statutory claims); *Sosnava v. Vergara*, No. 26-50183, ___ F.4th ___, 2026 WL 3181188 (5th Cir. Oct. 23, 2026) (addressing procedural and substantive due process claims).

The Court finds that Petitioner is not entitled to the relief he seeks. Accordingly, it is:

**ORDERED** that Petitioner Maynor Estuardo Velasquez Sequen's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on October 28, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge